UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-630-RJC

| | | |
|---|---|---|
| ACE MOTOR ACCEPTANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| McCOY MOTORS, LLC et al., | ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** comes before the Court sua sponte. At the time this Court withdrew reference of Adversary Proceeding No. 18-03036 from the U.S. Bankruptcy Court of the Western District of North Carolina, certain motions remained pending before the Bankruptcy Court. One of these motions was Plaintiff's Motion for an Order Appointing Receiver for McCoy Motors, LLC and Flash Autos LLC, (Doc. No. 107 on the Bankruptcy Court docket). Pursuant to Local Rule 7.1(g), the Court now orders Plaintiff to file a proposed order appointing a receiver for McCoy Motors, LLC and Flash Autos LLC on or before **February 15, 2019**.

**SO ORDERED**.

Signed: February 8, 2019

Robert J. Conrad, Jr.
United States District Judge