UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

ACE MOTOR ACCEPTANCE
CORPORATION,

      Plaintiff,

v.

MCCOY MOTORS, LLC, et al.,

      Defendants.

Civil Action No. 3:18-cv-630-RJC

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew M. Holtgrewe with the law firm Erwin, Bishop,

Capitano & Moss, P.A. hereby makes his appearance in this matter on behalf of Defendants

Flash Autos, LLC and Robert McCoy, III and requests that he be served with copies of all

notices, motions, orders, and any other papers or pleadings in this action.

THIS the 29th day of March, 2019.

/s/Matthew M. Holtgrewe
Lex M. Erwin / N.C. State Bar No. 34619
David A. Luzum / N.C. State Bar No. 41398
Matthew M. Holtgrewe / N.C. State Bar No. 42912
Erwin, Bishop, Capitano & Moss, P.A.
4521 Sharon Road, Suite 350
Charlotte, North Carolina  28211
Telephone: 704-716-1200
Facsimile: 704-716-1201
lerwin@ebcmlaw.com
dluzum@ebcmlaw.com
mholtgrewe@ebcmlaw.com
*Attorneys for Defendants Flash Autos, LLC*
*and Robert McCoy, III*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF filing system and served via electronic transmission through the Court's facilities in accordance with Rule 5 of the Federal Rules of Civil Procedure, and applicable local rules upon CM/ECF participants and delivered to each of the below listed person(s) this date by placing the same in an official depository under the exclusive care and custody of the United States Postal Service, addressed as follows:

Robert McCoy, Jr.
11915 John K. Hall Way
Charlotte, North Carolina 28277

Misty McCoy
11915 John K. Hall Way
Charlotte, North Carolina 28277

*Pro se Defendants*

THIS the 29th day of March, 2019.

/s/Matthew M. Holtgrewe
Lex M. Erwin / N.C. State Bar No. 34619
David A. Luzum / N.C. State Bar No. 41398
Matthew M. Holtgrewe / N.C. State Bar No. 42912
Erwin, Bishop, Capitano & Moss, P.A.
4521 Sharon Road, Suite 350
Charlotte, North Carolina  28211
Telephone: 704-716-1200
Facsimile: 704-716-1201
lerwin@ebcmlaw.com
dluzum@ebcmlaw.com
mholtgrewe@ebcmlaw.com
*Attorneys for Defendants Flash Autos, LLC*
*and Robert McCoy, III*