# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00630-KDB

| | |
|---|---|
| ACE MOTOR ACCEPTANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FLASH AUTOS, LLC<br>ROBERT MCCOY, III<br>MCCOY JOINT REVOCABLE TRUST<br>MISTY MCCOY<br>ROBERT MCCOY JR.<br>MCCOY MOTORS, LLC<br>MCCOY MOTORS, LLC,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on its own motion. This Court finds that the McCoy Defendants' financial disclosures (Doc. No. 47) in response to the Court's September 20, 2019 Order to be wholly inadequate. McCoy Defendants were ordered to "file with this Court net worth statements reflecting *all assets, all liabilities, all sources of income, and all expenditures* made as of August 1, 2018 and as of September 19, 2019." (Doc. No. 40, at 3) (emphasis added). The financial disclosures filed on October 20, 2019 do not comply with the Court's Order.

**IT IS HEREBY ORDERED** that the McCoy Defendants file financial statements reflecting *all transfers* of funds over $1,000 made anytime between August 1, 2018 and September 19, 2019. This includes, but is not limited to, any transfers of assets to Robert McCoy, III, and/or Flash Autos, LLC. These statements should be filed within 30 days of the issuance of this Order.

Signed: October 28, 2019

Kenneth D. Bell
United States District Judge