IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00630-KDB

| | |
|---|---|
| ACE MOTOR ACCEPTANCE CORPORATION,<br><br>**Plaintiff,**<br><br>v.<br><br>MCCOY JOINT REVOCABLE TRUST<br>MCCOY MOTORS, LLC<br>ROBERT MCCOY, III<br>ROBERT MCCOY JR.<br>MISTY MCCOY<br>FLASH AUTOS, LLC<br>MCCOY MOTORS, LLC,<br><br>**Defendants.** | **ORDER** |

On December 16, 2019, the McCoy defendants filed with the Court 281 pages of financial records. The defendants cannot reasonably believe that this document dump complies with the Court's in-court order of September 19, 2019 and its three written orders of September 20, 2019, October 28, 2019, and December 5, 2019; the Court certainly does not believe that it does. This is the third filing by the McCoy defendants that woefully fails to comply with the orders of the Court.

Lest there be any uncertainty, the McCoy defendants are **ORDERED** to be present for the show cause hearing scheduled for December 19, 2019.

Signed: December 17, 2019

Kenneth D. Bell
United States District Judge