# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

ACE Motor Acceptance Corporation
　　　　Plaintiff,　　　　　　　　)
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
Robert McCoy Jr　　　　　　　　　)
　　　　Defendants,　　　　　　　) Case No.   3:18-cv-630-KDB
　　　　　　　　　　　　　　　　　)
──────────────────────────────── )
　　　　　　Defendant　　　　　　 )

## SUMMONS IN A CIVIL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment　　☐ Superseding Indictment　　☐ Information　　☐ Superseding Information　　☐ Complaint
☐ Probation Violation Petition　　☐ Supervised Release Violation Petition　　☐ Violation Notice　　☑ Order of Court

| Place: | US District Court<br>Charles R. Jonas Buliding<br>401 West Trade Street<br>Charlotte, NC 28202 | Courtroom No.: | Charlotte #2 |
|---|---|---|---|
| | | Date and Time: | 03/09/2020 9:30 am |

This offense is briefly described as follows:

Charge of Criminal Contempt Against Robert McCoy Jr.

Date:　　12/20/2019

　　　　　　　　　　　　　　　　　　　　　　　_Frank D. Johns_
　　　　　　　　　　　　　　　　　　　　　　　*Issuing Officer's signature*

　　　　　　　　　　　　　　　　　　　　　　　Frank G. Johns, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons　　　　☐ Returned this summons unexecuted

Date: _____

　　　　　　　　　　　　　　　　　　　　　　　*Server's signature*

　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| ACE Motor Acceptance Corporation<br>Plaintiff,<br>v.<br><br>Misty McCoy<br>Defendants,<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>) Case No.  3:18-cv-630-KDB<br>)<br>)<br>) |

## SUMMONS IN A CIVIL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of Court

| Place: | US District Court<br>Charles R. Jonas Buliding<br>401 West Trade Street<br>Charlotte, NC 28202 | Courtroom No.: | Charlotte #2 |
|---|---|---|---|
| | | Date and Time: | 03/09/2020 9:30 am |

This offense is briefly described as follows:

Charge of Criminal Contempt Against Misty McCoy.

Date: 12/20/2019

*Issuing officer's signature*

Frank G. Johns, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*