# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ACE Motor Acceptance Corporatin | 3:18-cv-630-KDB |
| DEFENDANT | TYPE OF PROCESS |
| Misty McCoy | Orders & Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Misty McCoy

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
11915 John K Hall Way, Charlotte NC 28277

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Number of process to be served with this Form 285 | 6 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

**US District Court Order

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 12/20/2019

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 58
District to Serve No. 58
Signature of Authorized USMS Deputy or Clerk
Date: 12/20/2019

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 12/24/19
Time: 12:22 ☑ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $110.88 | | $175.88 | | |

REMARKS: RECEIVED & ENTERED. GIVEN TO SDUSM FOR DELEGATION.
12/23/19 - 1st attempt nobody home - 36 miles round trip
12/24/19 2nd attempt returned unserved. Defendant deceased from apparent suicide - 36 miles round trip

FILED
CHARLOTTE, NC
DEC 30 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

2019 DEC 20 PM 1:06

Case 3:18-cv-00630-KDB   Document 73   Filed 12/30/19   Page 1 of 2

Form USM-285
Rev. 11/18

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

2019 DEC 20 PM 1:06

WESTERN NORTH CAROLINA

| ACE Motor Acceptance Corporation | )  |
|---|---|
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| Misty McCoy | ) |
| Defendants, | ) Case No. 3:18-cv-630-KDB |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of Court

| Place: US District Court<br>Charles R. Jonas Buliding<br>401 West Trade Street<br>Charlotte, NC 28202 | Courtroom No.: Charlotte #2 |
|---|---|
| | Date and Time: 03/09/2020 9:30 am |

This offense is briefly described as follows:

Charge of Criminal Contempt Against Misty McCoy.

Date: 12/20/2019

*Frank D. Joh[ns]*
*Issuing officer's signature*

Frank G. Johns, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons   ☑ Returned this summons unexecuted

Date: 12/30/19

*Server's signature*

DUSM Thomas M. Weeks Jr
*Printed name and title*