# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00630-KDB

| | |
|---|---|
| ACE MOTOR ACCEPTANCE CORPORATION,<br><br>**Plaintiff,**<br><br>v.<br><br>MCCOY JOINT REVOCABLE TRUST,<br>MCCOY MOTORS, LLC,<br>ROBERT MCCOY, III,<br>ROBERT MCCOY JR.,<br>MISTY MCCOY,<br>FLASH AUTOS, LLC,<br>MCCOY MOTORS, LLC,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** is before the Court following a status conference held on March 19, 2020 and the Defendants' Joint Motion for Extension of Time to File a Response, (Doc. No. 82). Defendants ask for a 30-day extension of time to respond to Plaintiff's motion requesting the matter to be re-referred to the bankruptcy court. Having carefully considered the motion and record, and after discussion with counsel, the Court will grant the motion. The Court will also order that Plaintiff refile its motion requesting this matter be re-referred and separately file a brief in support in accordance with Local Rule 7.1(c) within 7 days of the issuance of this Order.

**IT IS THEREFORE ORDERED** that Defendants' Joint Motion for Extension of Time to File a Response, (Doc. No. 82), is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff should refile his Motion for Order Re-Referencing Adversary Proceeding to the United States Bankruptcy Court, (Doc. No. 82), and separately file a brief in support of its motion within 7 days of this Order.

**SO ORDERED.**

Signed: March 19, 2020

Kenneth D. Bell
United States District Judge